IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CHRISTOPHER HAAKENSTAD,

    Petitioner,　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　Case No. 15-cv-536-jdp

MICHAEL MEISNER,

    Respondent.

---

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Christopher Haakenstad's petition for a writ of habeas corpus under 28 U.S.C. § 2254 without prejudice.

    /s/　　　　　　　　　　　　　　　　　　　5/11/2016

| Peter Oppeneer, Clerk of Court | Date |
|---|---|